# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN,<br><br>                 Plaintiff,<br><br>v.<br><br>BARLEAN'S ORGANIC OILS, L.L.C.,<br><br>                 Defendant. | Civil Action No.: 14-3770 (CCC)<br><br><br>**O R D E R** |

This matter comes before the Court on Plaintiff Harold M. Hoffman's motion to remand this matter to state court for lack of federal subject matter jurisdiction. (ECF No. 12). On September 10, 2014, Magistrate Judge James B. Clark issued a Report and Recommendation that Plaintiff's motion be granted. (ECF No. 15.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 3rd day of October, 2014

**ORDERED** that this Court adopts Judge Clark's September 10, 2014 Report and Recommendation that Plaintiff's motion to remand this matter to state court for lack of federal subject matter jurisdiction be granted; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

                                                                       _s/ Claire C. Cecchi_<br>
                                                                      HON. CLAIRE C. CECCHI<br>
                                                                      United States District Judge